1  FUTTERMAN DUPREE DODD CROLEY MAIER LLP
   MARTIN H. DODD (104363)
2  mdodd@fddcm.com
   JAIME G. TOUCHSTONE (233187)
3  jtouchstone@fddcm.com
   601 Montgomery St., Suite 333
4  San Francisco, California 94111
   Telephone: (415) 399-3840
   Facsimile: (415) 399-3838
5
   *Attorneys for Defendant*
6  *J. Clark Kelso, Receiver*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD L. BAYSE; MICHAEL R. CONROY; MATTHEW J. HEATH; DANIEL KAHAKU; OSCAR MACHADO; BRANDON W. RACKLIFFE; RAPHAEL SANCHEZ; DAVID D. RICHARDS; LARRY SMITH; ANDREI BELEI; MIGUEL E. VASQUEZ; GEOFFREY T. BROWN; FRANK A. FELIX; ANDREW W. GRAY; MIKEY D. JOHNSON; RANDALL W. ROY; JAMES C. STRINGER; and DANIEL VALENCIA, on behalf of themselves and a class of similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J. CLARK KELSO, Receiver; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, Receiver; SCOTT KERNAN; DIANA TOCHE; and DOE 1 to 100,<br><br>*Defendants.* | Case No. 2:18-cv-00278-MCE-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>**District Judge Morrison C. England, Jr.**<br><br>**Magistrate Judge Deborah Barnes**<br><br>**Complaint served:** April 12, 2018<br>**Current response date:** May 3, 2018<br>**New Response date:** May 31, 2018 |

The Court having considered the Stipulation (Dkt. No. 11) between Plaintiffs Richard L. Bayse *et al.* and Defendant J. Clark Kelso ("Kelso") to permit Kelso an extension of 28 days, through and including May 31, 2018 within which to respond to the Complaint, and for good cause appearing, the Stipulated Request is GRANTED and Kelso shall file a responsive pleading

1 on or before May 31, 2018.

2     IT IS SO ORDERED.

3 DATED: April 24, 2018

                                            /s/ DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/bays0278.answ eot

2
ORDER GRANTING STIP. TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 2:18-CV-00278-MCE-DB