1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorney General
3  CHRISTOPHER H. FINDLEY, State Bar No. 174972
   Deputy Attorney General
4   600 West Broadway, Suite 1800
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone:  (619) 738-9541
    Fax:  (619) 645-2581
7   E-mail:  Christopher.Findley@doj.ca.gov
   *Attorneys for Defendants Diana Toche, Scott M.*
8  *Kernan, California Department of Corrections and*
   *Rehabilitation, and California Correctional Health*
9  *Care Services*

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13                      SACRAMENTO DIVISION

14

| | |
|---|---|
| 15 **RICHARD L. BAYSE; MICHAEL R.** | |
| **CONROY; MATTHEW J. HEATH;** | 2:18-cv-00278-MCE-DB |
| 16 **DANIEL KAHAKU; OSCAR MACHADO;** | |
| **BRANDON W. RACKLIFFE; RAPHAEL** | **STIPULATION AND ORDER TO** |
| 17 **SANCHEZ; DAVID D. RICHARDS;** | **EXTEND THE HEARING DATE ON** |
| **LARRY SMITH; ANDREI BELEI;** | **MOTIONS TO DISMISS** |
| 18 **MIGUEL E. VASQUEZ; GEOFFREY T.** | |
| **BROWN; FRANK A. FELIX; ANDREW** | **[L.R. 230(f)]** |
| 19 **W. GRAY; MIKEY D. JOHNSON;** | |
| **RANDALL W. ROY; JAMES C.** | Judge:  Hon. Deborah Barnes |
| 20 **STRINGER; and DANIEL VALENCIA,** | |
| 21                        Plaintiffs, | |
| 22           **v.** | |
| 23 | |
| **CALIFORNIA DEPARTMENT OF** | |
| 24 **CORRECTIONS AND** | |
| **REHABILITATION; J. CLARK KELSO,** | |
| 25 **Receiver; CALIFORNIA** | |
| **CORRECTIONAL HEALTH CARE** | |
| 26 **SERVICES; SCOTT KERNAN; DIANA** | |
| **TOCHE; and DOES 1 to 100,** | |
| 27 | |
|                        Defendants. | |
| 28 | |

                                1

Defendants Diana Toche, Scott M. Kernan, California Department of Corrections and Rehabilitation, and California Correctional Health Care Services, and J. Clark Kelso filed Motions to Dismiss the Complaint filed by Plaintiffs. (ECF Nos. 16, 17.) The hearing on Defendants' Motions to Dismiss is currently set for August 3, 2018, at 10:00 a.m. before the Honorable Deborah Barnes. (ECF Nos. 23, 24.) The parties are discussing settlement and wish to continue the hearing in this matter to October 5, 2018, or a later date convenient to the Court's calendar.

The parties, through their respective counsel of record, stipulate under Local Rule 230(f) to continue the hearings on Motions to Dismiss (ECF Nos. 16, 17), to October 5, 2018, or a later date convenient to the Court's calendar.

Dated: July 18, 2018          By:
                              /s/ MARTIN H. DODD
                              Martin H. Dodd,
                              Futterman, Dupree, Dodd, Croley, Maier,
                              Attorneys for J. CLARK KELSO

Dated: July 18, 2018          By: /s/ CHRISTOPHER H. FINDLEY
                              Christopher H. Findley, Deputy Attorney General
                              Counsel for Defendants CDCR, CCHCS, SCOTT
                              KERNAN, AND DIANA TOCHE

Dated: July 18, 2018          By: /s/ MARK E. MERIN
                              Mark E. Merin
                              Law Office of Mark E. Merin, Attorneys for
                              RICHARD L. BAYSE; MICHAEL R. CONROY;
                              MATTHEW J. HEATH; DANIEL KAHAKU;
                              OSCAR MACHADO; BRANDON W.
                              RACKLIFFE; RAPHAEL SANCHEZ; DAVID D.
                              RICHARDS; LARRY SMITH; ANDREI BELEI;
                              MIGUEL E. VASQUEZ; GEOFFREY T.
                              BROWN; FRANK A. FELIX; ANDREW W.
                              GRAY; MIKEY D. JOHNSON; RANDALL W.
                              ROY; JAMES C. STRINGER; and DANIEL
                              VALENCIA

2

Dated: July 18, 2018                By:  /s/ FRED J. HIESTAND
                                         Fred J. Hiestand
                                         Fred J. Hiestand, a Professional Corporation,
                                         Attorneys for RICHARD L. BAYSE; MICHAEL
                                         R. CONROY; MATTHEW J. HEATH; DANIEL
                                         KAHAKU; OSCAR MACHADO; BRANDON W.
                                         RACKLIFFE; RAPHAEL SANCHEZ; DAVID D.
                                         RICHARDS; LARRY SMITH; ANDREI BELEI;
                                         MIGUEL E. VASQUEZ; GEOFFREY T.
                                         BROWN; FRANK A. FELIX; ANDREW W.
                                         GRAY; MIKEY D. JOHNSON; RANDALL W.
                                         ROY; JAMES C. STRINGER; and DANIEL
                                         VALENCIA

    I hereby attest that all other signatories listed on this document, and on whose behalf the

filing is submitted, concur in the filing's content and have authorized this filing.


Dated: July 18, 2018                By:  /s/ CHRISTOPHER H. FINDLEY
                                         Christopher H. Findley, Deputy Attorney General
                                         Counsel for Defendants CDCR, CCHCS, SCOTT
                                         KERNAN, AND DIANA TOCHE


                                    ORDER

    The Court has reviewed the parties' Stipulation to Extend the Hearing Date on Motions to

Dismiss.  Good cause appearing, the hearing on Defendants' Motions to Dismiss (ECF Nos. 16,

17) is continued to October 5, 2018 at 10:00 a.m. in courtroom #27.

    IT IS SO ORDERED.

DATED: July 18, 2018




                                         /s/ DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE




DLB:9
DB/prisoner-civil rights/bays0278.mtd hrg eot

3