Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:   mark@markmerin.com
           paul@markmerin.com

Fred J. Hiestand (State Bar No. 044241)
FRED J. HIESTAND, A PROFESSIONAL CORPORATION
3418 3rd Avenue, Suite 1
Sacramento, California 95817
Telephone:   (916) 448-5100
Facsimile:   (916) 442-8644
E-Mail:   fred@fjh-law.com

Attorneys for Plaintiffs
RICHARD L. BAYSE, MICHAEL R. CONROY, MATTHEW J. HEATH, DANIEL KAHAKU, OSCAR MACHADO, BRANDON W. RACKLIFFE, RAPHAEL SANCHEZ, DAVID D. RICHARDS, LARRY SMITH, ANDREI BELEI, MIGUEL E. VASQUEZ, GEOFFREY T. BROWN, FRANK A. FELIX, ANDREW W. GRAY, MIKEY D. JOHNSON, RANDALL W. ROY, JAMES C. STRINGER, and DANIEL VALENCIA

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
CHRISTOPHER H. FINDLEY, State Bar No. 174972
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9541
 Fax: (619) 645-2581
 E-mail: Christopher.Findley@doj.ca.gov

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, SCOTT KERNAN, and DIANA TOCHE

1

**NOTICE OF SETTLEMENT**
*Bayse v. Cal. Dep't of Corr. & Rehab.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00278-MCE-DB

| | |
|---|---|
| 1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP |
| 2 | MARTIN H. DODD (104363)<br>mdodd@fddcm.com |
| 3 | JAIME G. TOUCHSTONE (233187)<br>jtouchstone@fddcm.com |
| 4 | 601 Montgomery St., Suite 333<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 399-3840<br>Facsimile: (415) 399-3838 |

Attorneys for Defendant
J. CLARK KELSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD L. BAYSE, et al., | Case No. 2:18-cv-00278-MCE-DB |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to E.D. Cal. L.R. 160(a), the parties, Plaintiffs Richard L. Bayse, Michael R. Conroy, Matthew J. Heath, Daniel Kahaku, Oscar Machado, Brandon W. Rackliffe, Raphael Sanchez, David D. Richards, Larry Smith, Andrei Belei, Miguel E. Vasquez, Geoffrey T. Brown, Frank A. Felix, Andrew W. Gray, Mikey D. Johnson, Randall W. Roy, James C. Stringer, and Daniel Valencia and Defendants California Department of Corrections and Rehabilitation, J. Clark Kelso, California Correctional Health Care Services, Scott Kernan, and Diana Toche's, provide notice to the Court that a settlement between the parties has been reached which disposes of this entire action, including all claims by and against all parties.

The parties request that all pending hearing dates in this matter be removed from the Court's calendar while the parties prepare and execute dispositional documents.

\ \ \

2

**NOTICE OF SETTLEMENT**
*Bayse v. Cal. Dep't of Corr. & Rehab.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00278-MCE-DB

| | | |
|---|---|---|
| 1 | Dated: September 17, 2018 | Respectfully Submitted, |
| 2 | | /s/ Mark E. Merin |
| 3 | | By: _____ |
| 4 | | Mark E. Merin |

Attorney for Plaintiffs
RICHARD L. BAYSE, MICHAEL R. CONROY, MATTHEW J. HEATH, DANIEL KAHAKU, OSCAR MACHADO, BRANDON W. RACKLIFFE, RAPHAEL SANCHEZ, DAVID D. RICHARDS, LARRY SMITH, ANDREI BELEI, MIGUEL E. VASQUEZ, GEOFFREY T. BROWN, FRANK A. FELIX, ANDREW W. GRAY, MIKEY D. JOHNSON, RANDALL W. ROY, JAMES C. STRINGER, and DANIEL VALENCIA

Dated: September 18, 2018          Respectfully Submitted,

/s/ Christopher H. Findley
(as authorized on September 18, 2018)
By: _____
Christopher H. Findley

Attorney for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, SCOTT KERNAN, and DIANA TOCHE

Dated: September 17, 2018          Respectfully Submitted,

/s/ Martin H. Dodd
(as authorized on September 17, 2018)
By: _____
Martin H. Dodd

Attorney for Defendant
J. CLARK KELSO

3

**NOTICE OF SETTLEMENT**
*Bayse v. Cal. Dep't of Corr. & Rehab.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00278-MCE-DB