Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Fred J. Hiestand (State Bar No. 044241)
FRED J. HIESTAND, A PROFESSIONAL CORPORATION
3418 3rd Avenue, Suite 1
Sacramento, California 95817
Telephone:   (916) 448-5100
Facsimile:   (916) 442-8644
E-Mail:      fred@fjh-law.com

Attorneys for Plaintiffs
RICHARD L. BAYSE, MICHAEL R. CONROY, MATTHEW J. HEATH, DANIEL KAHAKU, OSCAR MACHADO, BRANDON W. RACKLIFFE, RAPHAEL SANCHEZ, DAVID D. RICHARDS, LARRY SMITH, ANDREI BELEI, MIGUEL E. VASQUEZ, GEOFFREY T. BROWN, FRANK A. FELIX, ANDREW W. GRAY, MIKEY D. JOHNSON, RANDALL W. ROY, JAMES C. STRINGER, and DANIEL VALENCIA

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
CHRISTOPHER H. FINDLEY, State Bar No. 174972
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9541
  Fax: (619) 645-2581
  E-mail: Christopher.Findley@doj.ca.gov

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, SCOTT KERNAN, and DIANA TOCHE

1

**STIPULATION OF DISMISSAL**
*Bayse v. Cal. Dep't of Corr. & Rehab.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00278-MCE-DB

| | |
|---|---|
| 1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP |
| | MARTIN H. DODD (104363) |
| 2 | mdodd@fddcm.com |
| | JAIME G. TOUCHSTONE (233187) |
| 3 | jtouchstone@fddcm.com |
| | 601 Montgomery St., Suite 333 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 399-3840 |
| 5 | Facsimile: (415) 399-3838 |
| 6 | |
| | Attorneys for Defendant |
| 7 | J. CLARK KELSO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD L. BAYSE, et al., | Case No. 2:18-cv-00278-MCE-DB |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of the parties' settlement agreement, Plaintiffs Richard L. Bayse, Michael R. Conroy, Matthew J. Heath, Daniel Kahaku, Oscar Machado, Brandon W. Rackliffe, Raphael Sanchez, David D. Richards, Larry Smith, Andrei Belei, Miguel E. Vasquez, Geoffrey T. Brown, Frank A. Felix, Andrew W. Gray, Mikey D. Johnson, Randall W. Roy, James C. Stringer, and Daniel Valencia and Defendants California Department of Corrections and Rehabilitation, J. Clark Kelso, California Correctional Health Care Services, Scott Kernan, and Diana Toche stipulate to the dismissal of this entire action.

The claims of Plaintiffs Richard L. Bayse, Michael R. Conroy, Matthew J. Heath, Daniel Kahaku, Oscar Machado, Brandon W. Rackliffe, Raphael Sanchez, David D. Richards, Larry Smith, Andrei Belei, Miguel E. Vasquez, Geoffrey T. Brown, Frank A. Felix, Andrew W. Gray, Mikey D. Johnson, Randall W. Roy, James C. Stringer, and Daniel Valencia are dismissed, WITH PREJUDICE.

The claims of the putative class are dismissed, WITHOUT PREJUDICE.

2

**STIPULATION OF DISMISSAL**
*Bayse v. Cal. Dep't of Corr. & Rehab.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00278-MCE-DB

Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: February 6, 2019                     Respectfully Submitted,

*/s/ Mark E. Merin*

By: _____
Mark E. Merin

Attorney for Plaintiffs
RICHARD L. BAYSE, MICHAEL R. CONROY, MATTHEW J. HEATH, DANIEL KAHAKU, OSCAR MACHADO, BRANDON W. RACKLIFFE, RAPHAEL SANCHEZ, DAVID D. RICHARDS, LARRY SMITH, ANDREI BELEI, MIGUEL E. VASQUEZ, GEOFFREY T. BROWN, FRANK A. FELIX, ANDREW W. GRAY, MIKEY D. JOHNSON, RANDALL W. ROY, JAMES C. STRINGER, and DANIEL VALENCIA

Dated: February 6, 2019                     Respectfully Submitted,

*/s/ Christopher H. Findley*
(as authorized on February 6, 2019)

By: _____
Christopher H. Findley

Attorney for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, SCOTT KERNAN, and DIANA TOCHE

Dated: February 6, 2019                     Respectfully Submitted,

*/s/ Martin H. Dodd*
(as authorized on February 6, 2019)

By: _____
Martin H. Dodd

Attorney for Defendant
J. CLARK KELSO

3

**STIPULATION OF DISMISSAL**
*Bayse v. Cal. Dep't of Corr. & Rehab.*, United States District Court, Eastern District of California, Case No. 2:18-cv-00278-MCE-DB